he appeals. Affirmed. Carlos Bee, of San Antonio, for appellant. E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of murder; the jury assessing his punishment at 25 years in the penitentiary. This is a fact case, without bills of exception, either to the introduction or rejection of testimony or to the charges of the court. The evidence is fully sufficient to support the verdict of the jury. Appellant's theory of his case was self-defense. The jury, however, disregarded his view of it and found him guilty. We deem it unnecessary to review the facts. They would be of no practical utility to the bar and bench, and therefore the facts are not collated. The judgment will be affirmed.

=====

BARBEE et al. v. PRUETT et al. (No. 410.) (Court of Civil Appeals of Texas. Beaumont. Dec. 19, 1918.) Appeal from District Court, Liberty County; J. L. Maury, Judge. Suit by Ed Pruett and others against Will L. Barbee and others. Judgment for plaintiffs, and defendants appeal. Affirmed. E. B. Pickett, Jr., of Liberty, and W. D. Gordon and Thos. J. Baten, both of Beaumont, for appellants. D. J. Harrison and H. E. Marshall, both of Liberty, for appellees.

HIGHTOWER, C. J. This is an appeal from a judgment of the district court of Liberty county in a suit brought by the appellee against the appellants, praying the cancellation of a certain lease contract executed by appellees in favor of appellants covering certain lands owned by appellee in Liberty county. The principal ground upon which the lease was sought to be canceled was that the same had been procured by fraud and deceit practiced by the appellant Will L. Barbee upon the appellee Pruett. The trial was before the court without a jury, and judgment was rendered canceling the lease as prayed, and upon request of appellants the trial court prepared and filed findings of fact and conclusions of law. Upon an inspection of the record, we find that no brief has been filed by appellants in this court, and it appearing, upon inspection of the pleadings and the findings of fact made by the trial court, that the judgment, as rendered, was such as was authorized by the pleadings and supported by the court's findings of fact, and there being no fundamental error appearing upon the face of the record, it is the opinion of this court that the judgment of the lower court should be affirmed; and it will be so ordered.

=====

KNOX v. B. K. KING & SON. (No. 396.) (Court of Civil Appeals of Texas. Beaumont. Dec. 19, 1918.) Appeal from Nacogdoches County Court; J. F. Perritte, Judge. Proceedings between Hiram Knox and B. K. King & Son. From a judgment for B. K. King & Son, Knox appeals. Affirmed. J. W. Minton, of Hemphill, for appellant. V. E. Middlebrook, of Nacogdoches, for appellees.

BROOKE, J. After a careful examination of the record in this case, together with the briefs of counsel for the respective parties, we have come to the conclusion that there is no reversible error shown, and the cause should therefore be affirmed.

=====

WEIL v. HATTON et al. (No. 308.) (Court of Civil Appeals of Texas. Beaumont. Nov. 21, 1918.) Appeal from District Court, Orange County; W. R. Blackshear, Judge. Action between Felix Weil and O. M. Hatton and others. From the judgment rendered, Weil appeals. Affirmed. Bisland & Bruce, of Orange, for appellant. Holland & Holland, of Orange, for appellee.

BROOKE, J. In this case no briefs have been filed by either party, and we have, after carefully examining the record, found no error requiring a reversal. The case appears to be controlled by Reyes v. Kingman Texas Implement Company, 188 S. W. 450. The judgment of the trial court is therefore affirmed.